**Cullen FRISWOLD, alias Fred Walsinger, Appellant, v. J. T. SUMMERVILLE, as U. S. Marshal for the District of Oregon, Appellee.**

No. 7852.

Circuit Court of Appeals, Ninth Circuit.

May 29, 1935.

Green & Hess, of La Grande, Or., and Leland F. Hess, of Portland, Or., for appellant.

Carl J. Donaugh, U. S. Atty., and J. Mason Dillard, Asst. U. S. Atty., both of Portland, Or., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee and by direction of the court, it is ordered that the appeal in above cause be dismissed for failure of appellant to print record and file brief when cause is reached for hearing or submission, that a judgment of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

**Theodore FRUCHTMAN, Appellant, HEWES & POTTER, Inc., Appellee.**

No. 392.

Circuit Court of Appeals, Second Circuit.

May 6, 1935.

Kenyon & Kenyon, of New York City, for appellant.

Charles F. Perkins, of Boston, Mass., and Alexander C. Neave, of New York City, for defendant.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (10 F. Supp. 1011) affirmed.

**GARY SCREW & BOLT COMPANY, and Francis Milam, Stephen Dinkmeier, and Richard Weeks, Individually and as Representatives of Employees of Gary Screw & Bolt Company, Gary, Indiana, Plant, v. NATIONAL LABOR RELATIONS BOARD.**

No. 5521.

Circuit Court of Appeals, Seventh Circuit.

June 13, 1935.

E. S. Ballard, A. B. Tanner, and E. W. Ford, all of Chicago, Ill., for petitioner.

Harold M. Stephens, of Washington, D. C., for respondent.

Before SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

This cause having been heard on the motion of attorneys for petitioners to dismiss the petition for review and set aside an order of the National Labor Relations Board heretofore filed herein, and to vacate and set aside the order of injunction entered herein on May 24, 1935, and it appearing to the court that the parties hereto have agreed to dismiss said petition and to vacate the order of said National Labor Relations Board herein sought to be reviewed and set aside, it is ordered, adjudged, and decreed by this court that the petition to review and set aside an order of the National Labor Relations Board herein be, and the same is hereby, dismissed, without costs; and it is further ordered, adjudged, and decreed by this court that the order for an injunction heretofore entered in this cause on May 24, 1935, be, and the same hereby is, vacated and set aside.